**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALEXANDER BOLOKHOEV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1511-PRW |
| | ) | |
| PAMELA BONDI, In Her Official | ) | |
| Capacity as Attorney General, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

This case was originally referred to Magistrate Judge Amanda Leigh Maxfield for a Report and Recommendation (Dkt. 3). The Court **VACATES** the referral. This does not impact either party's briefing schedule.

**IT IS SO ORDERED** this 7th day of January 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1